UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID TERRY,<br>               Defendant. | 25-CR-156-4 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 5, 2025, the Court received a letter from Mr. Terry which appears to contain privileged attorney-client information. The Court will maintain the letter under seal in the vault and will provide a copy to Mr. Terrys's attorney. The Court will take this matter up at the conclusion of the initial conference scheduled for later today.

SO ORDERED.

Dated: June 5, 2025
       New York, New York

                                                      DALE E. HO
                                      United States District Judge

1