UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>DAVID TERRY,<br>                    Defendant. | 25-CR-156-4 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 10, 2025, the Court received a letter from CJA Attorney Calvin Harold Scholar describing Defendant David Terry's request to be represented by new counsel, and Mr. Scholar's request to be relieved as counsel for Mr. Terry. Also on June 10, 2025, Bernard Alan Seidler entered a notice of appearance for Mr. Terry.

It is hereby **ORDERED** that Mr. Scholar's letter be filed under seal and maintained in the vault because it references confidential attorney-client communications.

It is further **ORDERED** that Defendant Terry, Mr. Scholar, Mr. Seidler, and counsel for the Government shall appear for a conference with the Court on **June 18, 2025, at 10:30 a.m.** in courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: June 13, 2025
       New York, New York

_____
DALE E. HO
United States District Judge

1