UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID TERRY,<br>             Defendant. | 25-CR-156-4 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

     IT IS HEREBY ORDERED that the bail hearing previously scheduled for September 26, 2025, is RESCHEDULED for **October 3, 2025**, at **12:00 p.m.** Defendant David Terry, counsel for Defendant (Mr. Seidler), counsel for the Government, and a Pretrial Service Officer shall appear before the Court in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. No later than 28 hours prior to the hearing, Counsel for Defendant shall certify on docket in writing that the Defendant has been provided with notice of this hearing.

     SO ORDERED.

Dated: September 26, 2025
       New York, New York

                                              DALE E. HO
                                   United States District Judge