UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             v.<br><br>DAVID TERRY,<br><br>                  Defendant. | 25-CR-156-4 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that Defendant David Terry may want a change of counsel. Accordingly, the Government and Mr. Seidler shall appear for a conference with the Court on **February 25, 2026**, at **11:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The Court will request that CJA counsel Christine Delince be present at the conference.

      SO ORDERED.

Dated: February 19, 2026
       New York, New York

_____
                DALE E. HO
         United States District Judge